# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jerry Sanders,

       Petitioner,                        JUDGMENT IN A CIVIL CASE

vs.                                              3:08-cv-43-1

United States of America,

       Respondent.

DECISION BY COURT. This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/13/2008 Order.

                                                       Signed: February 13, 2008

                                                    Frank G. Johns, Clerk
                                                    United States District Court